# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**679**

**KA 10-01789**

PRESENT: SCUDDER, P.J., CENTRA, PERADOTTO, GORSKI, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                    ORDER

JASON ABRON, DEFENDANT-APPELLANT.

---

CHARLES A. MARANGOLA, MORAVIA, FOR DEFENDANT-APPELLANT.

JON E. BUDELMANN, DISTRICT ATTORNEY, AUBURN (CHRISTOPHER T. VALDINA OF COUNSEL), FOR RESPONDENT.

---

Appeal from a resentence of the Cayuga County Court (Thomas G. Leone, J.), rendered July 22, 2010. Defendant was resentenced pursuant to Corrections Law § 601-d.

It is hereby ORDERED that the resentence so appealed from is unanimously affirmed.

Entered: June 10, 2011                          Patricia L. Morgan
                                                Clerk of the Court